UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT, INC., and TWENTIETH CENTURY FOX FILM CORPORATION,<br><br>               Plaintiffs,<br><br>    v.<br><br>JEREMY BRUNNER, an individual and dba www.nostalgiafamilyvideo.com; NOSTALGIA FAMILY VIDEO, INC.; and DOES 1 through 10, inclusive,<br><br>               Defendants. | CASE NO.  CV11-03932 CBM (MRWx)<br><br>[~~PROPOSED~~] ORDER REGARDING HANDLING CONFIDENTIAL MATERIALS |

     Having reviewed the Stipulation Regarding Handling Confidential Materials of the parties herein, and GOOD CAUSE APPEARING THEREFOR,

     IT IS HEREBY ORDERED that the Stipulation Regarding Handling Confidential Materials is APPROVED.

     IT IS SO ORDERED.

Dated:  __January 9, 2012__          ___/s/ Judge Wilner_____

                           UNITED STATES MAGISTRATE JUDGE