1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:  (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiffs Warner Bros.
   Entertainment Inc. and Twentieth
7  Century Fox Film Corporation

8  Curtis R. Tingley (SBN 112322)
   *ctingley@tingleyllp.com*
9  Bruce C. Piontkowski (SBN 152202)
   *bpiontkowski@tingleyllp.com*
10 Jonathan A. McMahon (SBN 239370)
   *jmcmahon@tingleyllp.com*
11 Tingley Piontkowski LLP
   10 Almaden Boulevard, Suite 430
12 San Jose, California 95113
   Telephone:  (408) 283-7000
13 Facsimile:   (408) 283-7010

14 Attorneys for Defendants Jeremy Brunner,
   an individual and d/b/a
15 www.nostalgiafamilyvideo.com, and
   Nostalgia Family Video, Inc.

16

17
                    UNITED STATES DISTRICT COURT
18
                    CENTRAL DISTRICT OF CALIFORNIA
19

20 Warner Bros. Entertainment Inc. and        )   Case No. CV11-3932 CBM
   Twentieth Century Fox Film Corporation,)   (MRWx)
21                                             )
                         Plaintiffs,           )   CONSENT DECREE AND
22                                             )   PERMANENT  INJUNCTION
         v.                                    )
23                                             )
   Jeremy Brunner, an individual and d/b/a )
24 www.nostalgiafamilyvideo.com, and           )
   Nostalgia Family Video, Inc., and Does 1 )
25 through 10, inclusive,                      )
                                               )
26                       Defendants.           )
                                               )
27

28

Warner Bros., et al. v. Brunner, et al.: [Proposed] Consent Decree     - 1 -

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiffs Warner Bros. Entertainment Inc. and Twentieth Century Fox Film Corporation (collectively "Plaintiffs") and Defendants Jeremy Brunner, an individual and d/b/a www.nostalgiafamilyvideo.com, and Nostalgia Family Video, Inc. (collectively "Defendants"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2) Plaintiffs own or control the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, video compact discs (VCDs), digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as the "Plaintiffs' Works").

3) Plaintiffs have alleged that Defendants have made unauthorized uses of Plaintiffs' Works or substantially similar likenesses or colorable imitations thereof.

4) Defendants and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading

anyone to infringe in any manner Plaintiffs' Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiffs' Works;

    b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiffs' Works; or

    c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiffs of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendants, be reopened should Defendants default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:     May 02, 2012

_____
Hon. Consuelo B. Marshall
Judge, United States District Court
for the Central District of California

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
     J. Andrew Coombs
     Nicole L. Drey
Attorneys for Plaintiffs Warner Bros. Entertainment Inc. and Twentieth Century Fox Film Corporation

Tingley Piontkowski LLP

By: _____
     Curtis R. Tingley
     Bruce C. Piontkowski
     Jonathan A. McMahon
Attorneys for Defendants Jeremy Brunner, an individual and d/b/a www.nostalgiafamilyvideo.com, and Nostalgia Family Video, Inc.

# EXHIBIT A

# PLAINTIFFS' WORKS

| Title | Registration No. | Rights Owner |
|---|---|---|
| Abbott & Costello Meet Captain Kidd | RE 73-597 | Warner Bros. Entertainment Inc. |
| Aces of Aces | R 268809 | Warner Bros. Entertainment Inc. |
| Action in Arabia | R 506034 | Warner Bros. Entertainment Inc. |
| Alibi Ike | Copyright: LP 5591 Renewal: R 304079 | Warner Bros. Entertainment Inc. |
| Angel Baby | RE 391-719 | Warner Bros. Entertainment Inc. |
| Armored Car Robbery | RE 5-320 | Warner Bros. Entertainment Inc. |
| Babbitt | R 294-774 | Warner Bros. Entertainment Inc. |
| Back Trail | R615159 | Warner Bros. Entertainment Inc. |
| Big Shot, The | R234897 | Warner Bros. Entertainment Inc. |
| Blazing Bullets | RE22469 | Warner Bros. Entertainment Inc. |
| Bobby Ware Is Missing | RE163423 | Warner Bros. Entertainment Inc. |
| Bogus Bandits a/k/a The Devil's Brother a/k/a Fra Diavolo | R256633 | Warner Bros. Entertainment Inc. |
| Border Bandits | R555466 | Warner Bros. Entertainment Inc. |
| Bowery Boys Meet the Monsters | Copyright: LP 3749 Renewal: RE 131-464 | Warner Bros. Entertainment Inc. |
| Canyon River | R 226-766 | Warner Bros. Entertainment Inc. |
| Captain Eddie | R 543325 | Warner Bros. Entertainment Inc. |
| Casablanca TV Series | RE 203-212 | Warner Bros. Entertainment Inc. |
| Case of the Howling Dog, The | R 286403 | Warner Bros. Entertainment Inc. |
| Case Of The Lucky Legs, The Classics | R 304094 | Warner Bros. Entertainment Inc. |
| Caught Plastered | R 234905 | Warner Bros. Entertainment Inc. |
| Central Park | R 247778 | Warner Bros. Entertainment Inc. |
| China's Little Devils | R537734 | Warner Bros. Entertainment Inc. |
| Clay Pigeon, The | R 632494 | Warner Bros. Entertainment Inc. |
| Coast of Skeletons | PA 1-338-992 | Warner Bros. Entertainment Inc. |
| Come On Danger Westerns | R 250804; Suppl. Reg: R 457482 | Warner Bros. Entertainment Inc. |
| Cracked Nuts | R 233572 | Warner Bros. Entertainment Inc. |
| Dakotas, The Classic | RE 479-128 | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| TV series | | |
| Damn Yankees | RE356081 | Warner Bros. Entertainment Inc. |
| Dawn Patrol, The (Flight Commander) | R207502 | Warner Bros. Entertainment Inc. |
| Death in Small Doses | Copyright: LP 8983 Renewal: 241-584 | Warner Bros. Entertainment Inc. |
| Desert Song, The | R 18-2902 | Warner Bros. Entertainment Inc. |
| Devil's Canyon | RE 104-288 | Warner Bros. Entertainment Inc. |
| Diplomaniacs | Copyright: LP 3868 Renewal: R 267276 | Warner Bros. Entertainment Inc. |
| Disc Jockey | RE 22-481 | Warner Bros. Entertainment Inc. |
| Doughgirls, The | R 533-123 | Warner Bros. Entertainment Inc. |
| Dude Goes West, The | Copyright: L 1691 Renewal: R 610856 | Warner Bros. Entertainment Inc. |
| Exit Smiling Classics | R 186523 | Warner Bros. Entertainment Inc. |
| Face of Fire | RE 291-871 | Warner Bros. Entertainment Inc. |
| Falcon Takes Over, The | Copyright: LP 11354 Renewal: R 467002 | Warner Bros. Entertainment Inc. |
| Fast Company | 1938: R364009; 1953: RE77-528 | Warner Bros. Entertainment Inc. |
| Genius at Work | R 560-803 | Warner Bros. Entertainment Inc. |
| Gildersleeve on Broadway | R 493281 | Warner Bros. Entertainment Inc. |
| Girl from Mexico, The | R 393-970 | Warner Bros. Entertainment Inc. |
| Gold Raiders, The Classics | RE 39-651 | Warner Bros. Entertainment Inc. |
| Golden Eye, The | R 615165 | Warner Bros. Entertainment Inc. |
| Gorilla Man, The | R 479240 | Warner Bros. Entertainment Inc. |
| Guilty Hands | R 219653 | Warner Bros. Entertainment Inc. |
| Guilty, The | R600927 | Warner Bros. Entertainment Inc. |
| Gun Crazy | R651073 | Warner Bros. Entertainment Inc. |
| Hatchet Man, The | R 235215 | Warner Bros. Entertainment Inc. |
| Havana Widows | R 272635 | Warner Bros. Entertainment Inc. |
| Having a Wonderful Time | R369576 | Warner Bros. Entertainment Inc. |
| Heavenly Days | R513133 | Warner Bros. Entertainment Inc. |
| Here Come the Marines | RE50806 | Warner Bros. Entertainment Inc. |
| Hills of Kentucky | R143004 | Warner Bros. Entertainment Inc. |
| Hollywood Hotel | R359663 | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Informer, The Classics | R297494 | Warner Bros. Entertainment Inc. |
| It Happened on 5th Avenue | R588503 | Warner Bros. Entertainment Inc. |
| It's A Date | R 407778 | Warner Bros. Entertainment Inc. |
| Jack the Ripper | PA403958 | Warner Bros. Entertainment Inc. |
| Kentucky Kernels | R 286605 | Warner Bros. Entertainment Inc. |
| Lady, Let's Dance | R 521770 | Warner Bros. Entertainment Inc. |
| Last Dinosaur, The Rankin/Bass | RE 922-678 | Warner Bros. Entertainment Inc. |
| Laurel & Hardy Classics | COMPILATION 1. AIR RAID WARDENS (1943): R480798; 2. BONNIE SCOTLAND (1935): R300523 | Warner Bros. Entertainment Inc. |
| Lilac Time | R175953 | Warner Bros. Entertainment Inc. |
| Look Who's Laughing | Copyright: LP 10932 Renewal: R 446824 | Warner Bros. Entertainment Inc. |
| Loophole | RE 130-229 | Warner Bros. Entertainment Inc. |
| Maltese Falcon, The | Copyright: L 2266 Renewal: R 215575 | Warner Bros. Entertainment Inc. |
| Manpower | R 460-021 | Warner Bros. Entertainment Inc. |
| Massacre | R 272619 | Warner Bros. Entertainment Inc. |
| Maverick Volume 1 | RE 253-715; According to Hoyle (Maverick Series) LP27808 | Warner Bros. Entertainment Inc. |
| Mexican Spitfire | Copyright: LP 9358 Renewal: R 412550 | Warner Bros. Entertainment Inc. |
| Mister Cinderella | R 324569 | Warner Bros. Entertainment Inc. |
| Night Flight | R263753 | Warner Bros. Entertainment Inc. |
| No Time For Sergeants | Copyright: LP 18783 Renewal: RE 253-387 | Warner Bros. Entertainment Inc. |
| Nobody's Baby | R 335940 | Warner Bros. Entertainment Inc. |
| One Way Passage | R 242628 | Warner Bros. Entertainment Inc. |
| Panama Flo | R 242078 | Warner Bros. Entertainment Inc. |
| Penguin Pool Murder | R 250796 | Warner Bros. Entertainment Inc. |
| Penthouse | R 262527 | Warner Bros. Entertainment Inc. |
| Planet Earth | RE 862172 | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Playing Around | R 187786 | Warner Bros. Entertainment Inc. |
| Polo Joe | R 333657 | Warner Bros. Entertainment Inc. |
| Pony Post | R 333657 | Warner Bros. Entertainment Inc. |
| Radio City Revels | R 358020 | Warner Bros. Entertainment Inc. |
| Red Hot Tires | 1953: RE77-528 | Warner Bros. Entertainment Inc. |
| Scarlet Letter, The | R 136528 | Warner Bros. Entertainment Inc. |
| Sea Devils | R334526 | Warner Bros. Entertainment Inc. |
| Seven Angry Men | RE 163-415 | Warner Bros. Entertainment Inc. |
| Seven Days Ashore | R 506037 | Warner Bros. Entertainment Inc. |
| Seven Keys to Baldpate | R204811 | Warner Bros. Entertainment Inc. |
| Shine On Harvest Moon | R 521 030 | Warner Bros. Entertainment Inc. |
| Sing and Like It | R 275401 | Warner Bros. Entertainment Inc. |
| Southside 1-1000 Classics | R 677-445 | Warner Bros. Entertainment Inc. |
| Special Agent | R 304993 | Warner Bros. Entertainment Inc. |
| Stage Struck | RE 244573 | Warner Bros. Entertainment Inc. |
| Star of Midnight | R 297490 | Warner Bros. Entertainment Inc. |
| Sugarfoot Classic TV series | Ep.: "The Bullet and the Cross" RE 290-059 | Warner Bros. Entertainment Inc. |
| Swing High | R247286 | Warner Bros. Entertainment Inc. |
| Swing Parade of 1946 | R557007 | Warner Bros. Entertainment Inc. |
| Tanned Legs | Copyright: L 922 Renewal: R 196793 | Warner Bros. Entertainment Inc. |
| They Live by Night | R632498 | Warner Bros. Entertainment Inc. |
| Torchy Blane in Panama | R359672 | Warner Bros. Entertainment Inc. |
| Trial, The | RE 151739 | Warner Bros. Entertainment Inc. |
| White Sister, The | R254845 | Warner Bros. Entertainment Inc. |
| Wild Boys of the Road | R 272612 | Warner Bros. Entertainment Inc. |
| Wizard of Oz, The | R 390474 | Warner Bros. Entertainment Inc. |
| You Said a Mouthful | R 247779 | Warner Bros. Entertainment Inc. |
| You'll Find Out | R435613 | Warner Bros. Entertainment Inc. |
| Ali Baba Goes to Town | L1-7-779 R-367-488 | Twentieth Century Fox Film Corporation |
| American Guerrilla in the Philippines | Copyright: LP-582 Renewal: R-680-835 | Twentieth Century Fox Film Corporation |
| Behind Green Lights | LP-156 | Twentieth Century Fox Film Corporation |

| | | |
|---|---|---|
| Behind That Curtain | L-506<br>R-176-233 | Twentieth Century Fox Film Corporation |
| Beneath The 12 Mile Reef | LP-3-394 | Twentieth Century Fox Film Corporation |
| Big Lift, The | LP-204 | Twentieth Century Fox Film Corporation |
| Blood Money | L1-4-308<br>R-270-119 | Twentieth Century Fox Film Corporation |
| Blue, White and Perfect | LP-11-021<br>R-458-950 | Twentieth Century Fox Film Corporation |
| Bowery, The | L1-4-338<br>R-270-111 | Twentieth Century Fox Film Corporation |
| Break in the Circle | PA-816-288 | Twentieth Century Fox Film Corporation |
| Code 3 (#101) | PA 565-759 | Twentieth Century Fox Film Corporation |
| Code 3 (#102) | PA 565-758 | Twentieth Century Fox Film Corporation |
| Code 3 (#103) | PA 565-756 | Twentieth Century Fox Film Corporation |
| Code 3 (#104) | PA 573-391 | Twentieth Century Fox Film Corporation |
| Code 3 (#105) | PA 573-392 | Twentieth Century Fox Film Corporation |
| Code 3 (#106) | PA 573-393 | Twentieth Century Fox Film Corporation |
| Code 3 (#107) | PA 573-394 | Twentieth Century Fox Film Corporation |
| Code 3 (#108) | PA 573-429 | Twentieth Century Fox Film Corporation |
| Code 3 (#109) | PA 573-430 | Twentieth Century Fox Film Corporation |
| Code 3 (#110) | PA 573-431 | Twentieth Century Fox Film Corporation |
| Code 3 (#111) | PA 573-432 | Twentieth Century Fox Film Corporation |
| Code 3 (#112) | PA 573-433 | Twentieth Century Fox Film Corporation |
| Code 3 (#113) | PA 573-752 | Twentieth Century Fox Film Corporation |

| | | |
|---|---|---|
| Code 3 (#114) | PA 573-434 | Twentieth Century Fox Film Corporation |
| Code 3 (#115) | PA 573-435 | Twentieth Century Fox Film Corporation |
| Code 3 (#116) | PA 592-052 | Twentieth Century Fox Film Corporation |
| Code 3 (#117) | PA 592-053 | Twentieth Century Fox Film Corporation |
| Code 3 (#118) | PA 592-054 | Twentieth Century Fox Film Corporation |
| Code 3 (#119) | PA 592-055 | Twentieth Century Fox Film Corporation |
| Code 3 (#120) | PA 592-056 | Twentieth Century Fox Film Corporation |
| Code 3 (#121) | PA 592-057 | Twentieth Century Fox Film Corporation |
| Code 3 (#122) | PA 592-058 | Twentieth Century Fox Film Corporation |
| Code 3 (#123) | PA 592-059 | Twentieth Century Fox Film Corporation |
| Code 3 (#124) | PA 592-060 | Twentieth Century Fox Film Corporation |
| Code 3 (#125) | PA 592-061 | Twentieth Century Fox Film Corporation |
| Code 3 (#126) | PA 601-200 | Twentieth Century Fox Film Corporation |
| Code 3 (#127) | PA 601-201 | Twentieth Century Fox Film Corporation |
| Code 3 (#128) | PA 601-202 | Twentieth Century Fox Film Corporation |
| Code 3 (#129) | PA 601-203 | Twentieth Century Fox Film Corporation |
| Code 3 (#130) | PA 601-204 | Twentieth Century Fox Film Corporation |
| Code 3 (#131) | PA 601-205 | Twentieth Century Fox Film Corporation |
| Code 3 (#132) | PA 601-550 | Twentieth Century Fox Film Corporation |
| Code 3 (#133) | PA 601-551 | Twentieth Century Fox Film Corporation |

| | | |
|---|---|---|
| Code 3 (#134) | PA 601-552 | Twentieth Century Fox Film Corporation |
| Code 3 (#135) | PA 610-586 | Twentieth Century Fox Film Corporation |
| Code 3 (#136) | PA 628-228 | Twentieth Century Fox Film Corporation |
| Code 3 (#137) | PA 628-229 | Twentieth Century Fox Film Corporation |
| Code 3 (#138) | PA 628-230 | Twentieth Century Fox Film Corporation |
| Code 3 (#201) | PA 684-064 | Twentieth Century Fox Film Corporation |
| Code 3 (#202) | PA 678-049 | Twentieth Century Fox Film Corporation |
| Code 3 (#203) | PA 678-050 | Twentieth Century Fox Film Corporation |
| Code 3 (#204) | PA 677-782 | Twentieth Century Fox Film Corporation |
| Code 3 (#205) | PA 678-051 | Twentieth Century Fox Film Corporation |
| Code 3 (#206) | PA 677-783 | Twentieth Century Fox Film Corporation |
| Code 3 (#207) | PA 678-052 | Twentieth Century Fox Film Corporation |
| Code 3 (#208) | PA 684-063 | Twentieth Century Fox Film Corporation |
| Code 3 (#209) | PA 684-354 | Twentieth Century Fox Film Corporation |
| Code 3 (#210) | PA 678-053 | Twentieth Century Fox Film Corporation |
| Code 3 (#211) | PA 678-054 | Twentieth Century Fox Film Corporation |
| Code 3 (#212) | PA 684-231 | Twentieth Century Fox Film Corporation |
| Code 3 (#213) | PA 684-232 | Twentieth Century Fox Film Corporation |
| Code 3 (#214) | PA 684-233 | Twentieth Century Fox Film Corporation |
| Code 3 (#215) | PA 684-234 | Twentieth Century Fox Film Corporation |

| | | |
|---|---|---|
| Code 3 (#216) | PA 684-235 | Twentieth Century Fox Film Corporation |
| Code 3 (#217) | PA 684-355 | Twentieth Century Fox Film Corporation |
| Code 3 (#218) | PA 694-577 | Twentieth Century Fox Film Corporation |
| Code 3 (#219) | PA 694-578 | Twentieth Century Fox Film Corporation |
| Code 3 (#220) | PA 694-579 | Twentieth Century Fox Film Corporation |
| Code 3 (#221) | PA 711-259 | Twentieth Century Fox Film Corporation |
| Code 3 (#222) | PA 711-260 | Twentieth Century Fox Film Corporation |
| Code 3 (#223) | PA 711-261 | Twentieth Century Fox Film Corporation |
| Code 3 (#224) | PA 711-262 | Twentieth Century Fox Film Corporation |
| Code 3 (#225) | PA 711-263 | Twentieth Century Fox Film Corporation |
| Code 3 (#226) | PA 711-264 | Twentieth Century Fox Film Corporation |
| Colonel Effingham's Raid | LP-115 | Twentieth Century Fox Film Corporation |
| Doll Face (aka Come Back to Me) | LP-151 | Twentieth Century Fox Film Corporation |
| Five of a Kind | L1-8-590 R-391-431 | Twentieth Century Fox Film Corporation |
| Girl Next Door, The | Copyright: LP-2-606 Renewal: RE-98-325 | Twentieth Century Fox Film Corporation |
| Holy Terror, The | L1-7-149 R-350-869 | Twentieth Century Fox Film Corporation |
| Hoopla | L-4-235 R--270-120 | Twentieth Century Fox Film Corporation |
| Iron Horse, The | Copyright: LXXC-20-787 Renewal: R-87-400 | Twentieth Century Fox Film Corporation |
| Judge Priest | L-4-979 | Twentieth Century Fox Film Corporation |
| Kangaroo | Copyright: LP-1-819 | Twentieth Century Fox Film |

| | | |
|---|---|---|
| | Renewal: RE-66-355 | Corporation |
| Kentucky Moonshine | L1-8-321<br>R-383-951 | Twentieth Century Fox Film Corporation |
| Kipps (aka The Remarkable Mr. Kipps) | PA-1-201-913 | Twentieth Century Fox Film Corporation |
| Lights Out!<br>Ep: "Bolo Punch" | PA 1-720-627 | Twentieth Century Fox Film Corporation |
| Lights Out!<br>Ep: Cakewalk | PA 1-720-625 | Twentieth Century Fox Film Corporation |
| Lights Out!<br>Ep: Combinations | PA 1-725-779 | Twentieth Century Fox Film Corporation |
| Lights Out!<br>Ep: The Comeback | PA 1-720-490 | Twentieth Century Fox Film Corporation |
| Lights Out!<br>Ep: Crossroads | PA 1-725-780 | Twentieth Century Fox Film Corporation |
| Lights Out!<br>Ep: Cut Men | PA 1-731-093 | Twentieth Century Fox Film Corporation |
| Lights Out!<br>Ep: Head Games | PA 1-725-783 | Twentieth Century Fox Film Corporation |
| Lights Out!<br>Ep: Infight | PA 1-725-782 | Twentieth Century Fox Film Corporation |
| Lights Out!<br>Ep: Pilot | PA 1-720-626 | Twentieth Century Fox Film Corporation |
| Lights Out!<br>Ep: Rainmaker | PA 1-730-082 | Twentieth Century Fox Film Corporation |
| Lights Out!<br>Ep: The Shot | PA 1-720-489 | Twentieth Century Fox Film Corporation |
| Lights Out!<br>Ep: Sucker Punch | PA 1-735-801 | Twentieth Century Fox Film Corporation |
| Lights Out!<br>Ep: War | PA 1-735-799 | Twentieth Century Fox Film Corporation |
| Love Is News | L1-7-205<br>R-350-868 | Twentieth Century Fox Film Corporation |
| Man in the Attic | LP-3-178 | Twentieth Century Fox Film Corporation |
| Margie | Copyright: LP-726<br>Renewal: R-568-003 | Twentieth Century Fox Film Corporation |
| Molly and Me | LP-13-331 | Twentieth Century Fox Film Corporation |

| | | |
|---|---|---|
| Mr. Billion | Copyright: LP-47-070<br>Renewal: RE-926-662 | Twentieth Century Fox Film Corporation |
| Night Train To Munich | Copyright: PA-869-286 | Twentieth Century Fox Film Corporation |
| Seventh Heaven | Copyright: L1-7-074<br>Renewal: R-350-863 | Twentieth Century Fox Film Corporation |